# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FIFTY STATES DISTRIBUTORS, INC., d/b/a/ Martino's Master Dry Cleaners; and RED MAPLE MANAGEMENT, LLC, | No: 2:17-cv-01045-NJ |
| Plaintiffs, | |
| v. | |
| MARYLAND CASUALTY COMPANY; and ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendants. | |
| ZURICH AMERICAN INSURANCE COMPANY; | |
| Defendant/Counter-Plaintiff, | |
| v. | |
| FIFTY STATES DISTRIBUTORS, INC., d/b/a/ Martino's Master Dry Cleaners; and RED MAPLE MANAGEMENT, LLC, | |
| Plaintiffs/Counter-Defendants. | |

## STIPULATION FOR DISMISSAL

The parties, by their undersigned counsel, hereby stipulate to the entry of an Order dismissing all claims asserted by and among the parties in the above-captioned action with prejudice and without costs to either party.

| Dated: 3/13/19 | *s/Christopher M. Meuler* |
|---|---|
| | Ted A. Warpinski (SBN: 1018812) |
| | Christopher M. Meuler (SBN: 1037971) |
| | M. Andrew Skwierawski (SBN: 1063902) |
| | DAVIS & KUELTHAU, s.c. |
| | 111 East Kilbourn Avenue, Suite 1400 |
| | Milwaukee, WI 53202 |
| | Ph: 414-276-0200 |
| | Fx: 414-276-9369 |
| | twarpinski@dkattorneys.com |
| | cmeuler@dkattorneys.com |
| | askwierawski@dkattorneys.com |

*Attorneys for Plaintiffs and Counter Defendants, FIFTY STATES DISTRIBUTORS, INC., d/b/a Martino's Master Dry Cleaners and RED MAPLE MANAGEMENT, LLC*

| Dated: 3/13/19 | *s/Brian A. O'Gallagher* |
|---|---|
| | Brian A. O'Gallagher (SBN: 6211445) |
| | CREMER SPINA SHAUGHNESSY JANSEN & SIEGERT LLC |
| | One North Franklin, 10th Floor |
| | Chicago, IL 60606 |
| | (312) 726-3800 |
| | (312) 726-3818 |
| | bogallagher@cremerspina.com |

Mark S. Nelson (SBN: 1014760)
NELSON CONNELL TALLMADGE & SLEIN SC
N14 W23755 Stone Ridge Drive, Suite 150
PO Box 1109
Waukesha, WI 53187-1109
Ph: 262-347-0303
Fx: 262-347-0606
mnelson@ncctslaw.com

*Attorneys for ZURICH AMERICAN INSURANCE COMPANY*