# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FIFTY STATES DISTRIBUTORS, INC., d/b/a/ Martino's Master Dry Cleaners; and RED MAPLE MANAGEMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MARYLAND CASUALTY COMPANY; and ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendants. <br><br> ZURICH AMERICAN INSURANCE COMPANY; <br><br> Defendant/Counter-Plaintiff, <br><br> v. <br><br> FIFTY STATES DISTRIBUTORS, INC., d/b/a/ Martino's Master Dry Cleaners; and RED MAPLE MANAGEMENT, LLC, <br><br> Plaintiffs/Counter-Defendants. | No: 2:17-cv-01045-NJ |

## ORDER FOR DISMISSAL

Based upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed on the merits, with prejudice, including all claims asserted by and among the parties, and without costs to the parties.

Dated this _____ day of March, 2019.

BY THE COURT:

_____
Magistrate Judge Nancy Joseph