UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**FIFTY STATES DISTRIBUTORS, INC.,**
d/b/a/ Martino's Master Dry Cleaners; and
**RED MAPLE MANAGEMENT, LLC,**

No: 17-CV-1045

   Plaintiffs,

v.

**MARYLAND CASUALTY COMPANY; and**
**ZURICH AMERICAN INSURANCE**
**COMPANY,**

   Defendants.

**ZURICH AMERICAN INSURANCE**
**COMPANY;**

   Defendant/Counter-Plaintiff,

v.

**FIFTY STATES DISTRIBUTORS, INC.,**
d/b/a/ Martino's Master Dry Cleaners; and
**RED MAPLE MANAGEMENT, LLC,**

   Plaintiffs/Counter-
   Defendants.

---

## ORDER FOR DISMISSAL

---

  Based upon the stipulation of the parties,

  **IT IS HEREBY ORDERED** that the above-entitled action is dismissed on the merits, with prejudice, including all claims asserted by and among the parties, and without costs to the parties.

Dated this 13th day of March, 2019.

BY THE COURT

_s/Nancy Joseph_
NANCY JOSEPH
United States Magistrate Judge